1

2

3

4

5

6          **UNITED STATES DISTRICT COURT**

7               **DISTRICT OF NEVADA**

8

9   FERRILL JOSEPH VOLPICELLI,

         *Petitioner*,                          3:10-cv-00005-LRH-VPC

10

    vs.                                         ORDER

11

12  JACK PALMER, *et al.*

13       *Respondents*.

14

15       This habeas matter under 28 U.S.C. § 2254 comes before the Court for initial review pursuant

16  to Rule 4 of the Rules Governing Section 2254 Cases.  The filing fee has been paid.

17       Local Rule LSR 3-1 requires that a *pro se* petitioner must use the Court's petition form for a

18  Section 2254 petition.  The petition form requires that the petitioner attach a copy of all state court

19  written decisions regarding the conviction.  Petitioner did not attach a copy of any of the state court

20  decisions regarding his conviction.  Petitioner must file copies of these decisions as well as of the

21  remaining items listed at the conclusion of this order, which are necessary for the Court to complete

22  initial review in this particular case.

23       IT THEREFORE IS ORDERED that the Clerk of Court shall file the petition and accompanying

24  motion for appointment of counsel but shall withhold service at this time.

25       IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall

26  file a supplemental exhibit with copies of the following: (a) the briefing and/or fast track statements on

27  his direct appeal; (b) the state supreme court's order of affirmance on direct appeal; (c) all papers filed

28  by or on behalf of petitioner presenting state post-conviction claims in the state district court; (d) the

-2-

1  written decisions of the state district court and the state supreme court on any state post-conviction

2  review; and (e) all remittiturs issued by the state supreme court in connection with  the foregoing

3  proceedings.

4          IT FURTHER IS ORDERED that this action may be dismissed without further advance notice

5  if petitioner fails to both fully and timely comply with this order.

6          The Clerk of Court shall send petitioner a copy of the petition that he submitted.[1]

7              DATED this 26th day of April, 2010.

8

9

10

11  _____

12  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [1] The Court has not completed initial review herein, and this order does not explicitly or implicitly hold that the petition otherwise is free of deficiencies.