# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FERRILL JOSEPH VOLPICELLI,

    *Petitioner*,

vs.

JACK PALMER, *et al.*

    *Respondents*.

3:10-cv-00005-LRH-VPC

ORDER

Following upon the Court's prior order, see #11, at 2, lines 1-3,

IT IS ORDERED that petitioner's motion (#9) to file copies only of the state court written decisions is GRANTED to the extent consistent with the prior order (#11) directing respondents to file a limited records-only response. Respondents' response deadline remains April 9, 2011, as per the prior order.

DATED this 13th day of March, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE